AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHEVON COOTE,

      Petitioner,

                      JUDGMENT IN A CIVIL CASE

          v.

                      CASE NUMBER:  5:24-cv-050

WARDEN, FOLKSTON ICE PROCESSING CENTER,

      Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order entered September 20, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Respondent's motion to dismiss is granted, Petitioner's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is dismissed without prejudice, and Petitioner is denied leave to proceed in forma pauperis on appeal. This case stands closed.

Approved by: _____

      HON. LISA GODBEY WOOD, JUDGE
      UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF GEORGIA

_September 20, 2024_____
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020